## First Department, September, 1934.

In the Matter of the Application of Milton K. Nestler, Respondent, for a Peremptory Mandamus Order against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, Appellants.* — The Election Law plainly contemplates that the candidate designated to fill a vacancy shall be a person other than the person originally named. Order entered September 1, 1934, as resettled by an order entered on the 4th day of September, 1934, reversed, without costs, and the motion for a peremptory mandamus order denied. Appeal from order entered September 6, 1934, dismissed. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Nathaniel Ellenbogen, Appellant, for a Peremptory Mandamus Order against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order reversed, without costs, and motion granted to the extent indicated in order. (See *Matter of Nestler, ante,* p. 726, decided herewith.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Abraham J. Springer, Appellant, for an Order Directing S. Howard Cohen and Others, as Commissioners of the Board of Elections of the City of New York, and Another, Respondents, to Place upon the Ballots of the Democratic Party for the Primary Election to Be Held on September 13, 1934, in the Election Districts Nos. 1–56, Inclusive; 58–61, Inclusive; 63–76, Inclusive; 78, 83–85, Inclusive; 89, 99, 101, 102, 114, 116, 120–128, Inclusive; of the Second Assembly District of the County of Bronx, as County Committeemen, All of the Duly Qualified Designees Named in the Respective Petitions in the Aforesaid Respective Election Districts, etc.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Alexander A. Falk, Respondent, for a Mandamus Order against S. Howard Cohen and Others, as Commissioners of the Board of Elections of the City of New York, and Another, Appellants.— Order reversed, without costs, and motion denied. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Louis Pessolano, Appellant, Made ·in Behalf of Himself and Others Appearing as Designees on a Certain Petition for Election as Delegates and Alternates to the State Convention and Also as Delegates and Alternates to the Judicial Convention, at the Primary to Be Held on the 13th Day of September, 1934, in the City and County of New York, for the Eighth Assembly District, for a Mandamus Order Compelling S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, Respondents, to Certify Said Designees in the Said Official Primary Election and to Print the Names of Said Designees upon the Official Primary Ballot.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Carson DeWitt Baker, Appellant, against The Board of Elections of the City of New York, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

---

* Appeal dismissed, 265 N. Y. 576.